# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 13, 2011

142670-1 & (63)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

ATTORNEY GENERAL,
        Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
        Defendant-Appellee.

SC: 142670
COA: 290167
Ingham CC: 08-000917-CZ

_____/

ATTORNEY GENERAL,
        Plaintiff-Appellant,

v

BLUE CROSS BLUE SHIELD OF MICHIGAN,
        Defendant-Appellee,
and

OFFICE OF FINANCIAL AND INSURANCE
REGULATION and COMMISSIONER OF THE
OFFICE OF FINANCIAL AND INSURANCE
REGULATION,
        Respondents.

SC: 142671
COA: 295750
Ingham CC: 08-000952-CZ

_____/

On order of the Court, the motion for leave to file brief amicus curiae is GRANTED. The application for leave to appeal the December 7, 2010 judgment of the Court of Appeals is considered, and it is GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 13, 2011

p0706

_____
Clerk